

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2014

No. 04-14-00057-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**ALAMO AIRCRAFT SUPPLY, INC.,** Alamo Aircraft, Ltd., Wulfe Rentals, Ltd., and Lobo GC, Ltd.,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08223
Honorable Larry Noll, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED.  The brief is due on May 21, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court